Brett B. Goodman (SBN 260899)
Email:  bgoodman@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:  +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendant
Allied Interstate LLC f/k/a
Allied Interstate, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN CHANDLER,<br><br>              Plaintiff,<br><br>   v.<br><br>ALLIED INTERSTATE, LLC f/k/a<br>ALLIED INTERSTATE, INC.<br><br>              Defendant. | Case No. 2:13-CV-00204-LKK-KJN<br><br>**RULE 7.1 CORPORATE DISCLOSURE** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Allied Interstate LLC f/k/a Allied Interstate, Inc. (hereinafter "Defendant"), by its attorneys Reed Smith LLP, respectfully submits this Corporate Disclosure Statement.

Defendant states that there is no publicly-held corporation that owns 10% or more of its stock, and that iQor US, Inc. is its parent corporation.

DATED:  April 15, 2013.          REED SMITH LLP

                                 By    /s/ Brett B. Goodman
                                     Brett B. Goodman
                                     Attorneys for Defendant
                                     Allied Interstate LLC f/k/a
                                     Allied Interstate, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware