Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
abennecoff@creditlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KATHLEEN L. CHANDLER,** | ) |
| **Plaintiff,** | ) Case No.: 2:13-CV-00204-LKK-KJN |
| v. | ) **PLAINTIFF'S NOTICE OF** |
| | ) **ACCEPTANCE OF OFFER OF** |
| **ALLIED INTERSTATE, LLC f/k/a** | ) **JUDGMENT** |
| **ALLIED INTERSTATE, INC.,** | ) |
| **Defendant.** | ) |

Plaintiff hereby accepted Defendant's Rule 68 Offer of Judgment served herein in the above-captioned matter, and attached hereto as Exhibit "A".

RESPECTFULLY SUBMITTED,

DATED: 08/01/13                     KIMMEL & SILVERMAN, P.C..

By: /s/ Amy L. Bennecoff
Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Telephone: (215) 540-8888
Facsimile (215) 540-8817
Email: abennecoff@creditlaw.com
Attorney for Plaintiff

# PROOF OF SERVICE

I am over the age of 18 years and not a party to or interested in the within entitled action. My business address is 30 E. Butler Avenue, Ambler, Pennsylvania, 19002.

On August 1, 2013, I electronically filed the following:

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

> Brett Brandon Goodman, Esq.
> Reed Smith, LLP
> 101 Second Street
> Suite, 1800
> San Francisco, CA 94105
> Email: bgoodman@reedsmith.com

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on August 1, 2013 at Ambler, Pennsylvania.

> Kimmel & Silverman, P.C.
>
> By: /s/ Amy L. Bennecoff
>     Amy L. Bennecoff (275805)
>     Attorney for Plaintiff