Brett B. Goodman (SBN 260899)
Email: bgoodman@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
Allied Interstate LLC f/k/a
Allied Interstate, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN L. CHANDLER,<br><br>            Plaintiff,<br><br>   v.<br><br>ALLIED INTERSTATE, LLC f/k/a<br>ALLIED INTERSTATE, INC.<br><br>            Defendant. | Case No. 2:13-CV-00204-LKK-KJN<br><br>**OFFER OF JUDGMENT**<br><br>Compl. Filed:     February 1, 2013 |

Pursuant to Fed. R. Civ. P. 68, Defendant Allied Interstate LLC f/k/a Allied Interstate, Inc. (hereinafter "Defendant"), by its attorneys Reed Smith LLP, hereby makes this Offer of Judgment ("Offer") to Plaintiff Kathleen Chandler ("Plaintiff"), subject to the following terms and conditions:

1. Defendant will allow judgment to be entered against it in the amount of Two Hundred Fifty Dollars ($250.00), plus reasonable costs and attorneys' fees as recoverable by law and allowed by the Court.

2. The judgment entered in accordance with this Offer shall completely resolve any and all claims by Plaintiff against Defendant and any of its agents, principals, or employees.

3. This Offer is conditioned upon its acceptance by Plaintiff, in writing, within fourteen days of the service of this Offer of Judgment on Plaintiff.

4. This Offer is made solely for the purposes specified in Fed. R. Civ. P. 68 and shall not be construed as an admission that Defendant is liable in this action.

DATED: August 1, 2013.

REED SMITH LLP

By  /s/ Brett B. Goodman
Brett B. Goodman
Attorneys for Defendant
Allied Interstate LLC f/k/a
Allied Interstate, Inc.

# PROOF OF SERVICE

*Chandler v. Allied Interstate; USDC-EDCAL Case No. 2:13-CV-00204-LKK-KJN*

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 101 Second Street, Suite 1800, San Francisco, California 94105-3659. On August 1, 2013, I served the following document(s) by the method indicated below:

## OFFER OF JUDGMENT

☐ by transmitting via facsimile on this date from fax number +1 415 391 8269 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☐ by transmitting via email to the parties at the email addresses listed below:

Amy L. Bennecoff, Esq.
KIMMEL & SILVERMAN
30 E. Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Email: abennecoff@creditlaw.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 1, 2013, at San Francisco, California.

_____
Rowena Lerma