UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FILED
August 6, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

## JUDGMENT IN A CIVIL CASE

Chandler

          v.          CASE NUMBER: 2:13-cv-0204 LKK KJN

Allied Interstate, LLC

### JUDGMENT IN A CIVIL ACTION

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE NOTICE OF ACCEPTANCE with OFFER of JUDGMENT filed 8/1/2013.**

                                      Marianne Matherly,
                                      Clerk of the Court

ENTERED:   August 6, 2013

                                           /s/ M. Marciel
                                    by:_____
                                    M. Marciel, Deputy Clerk